## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BAIT PRODUCTIONS PTY LTD.,

      Plaintiff,

v.                              Case No: 8:13-cv-167-T-30EAJ

M. E. KERSEY,

      Defendant.

_____

### ORDER OF DISMISSAL

Before the Court is the Plaintiff's Voluntary Notice of Dismissal (Dkt. #5).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of March, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-167 dismiss 5.docx